**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2015**

CHARLES STEVEN MCLEAN,

        Plaintiff - Appellant,

     v.

CALDWELL MEMORIAL HOSPITAL; CALDWELL COUNTY DEPARTMENT OF SOCIAL SERVICES; FIRST BAPTIST CHURCH OF LENOIR,

        Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:15-cv-00100-RLV-DSC)

Submitted: January 14, 2016      Decided: January 19, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Charles Steven McLean, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Steven McLean appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find that this appeal is frivolous. Accordingly, we deny McLean's motion to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. McLean v. Caldwell Mem'l Hosp., No. 5:15-cv-00100-RLV-DSC (W.D.N.C. Aug. 18, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2